PROB 12B
(08/16)

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Brendon Perales-Trujillo (Spanish)                    **Dkt. No.:** 22CR10049-001-RBM

**Name of Sentencing Judicial Officer:** The Honorable Douglas L. Rayes, U.S. District Judge.  On May 6, 2022, jurisdiction of this matter was transferred from the District of Arizona and assigned to the Honorable Ruth Bermudez Montenegro, U.S. District Judge, for all further proceedings.

**Sentence:** 24 months' custody; 60 months' supervised release. *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Modification**: On January 21, 2022, the conditions of Mr. Perales-Trujillo's supervised release were modified to update the mandatory drug testing condition, allow travel to Mexico, and require Mr. Perales-Trujillo to report all vehicles to the probation officer.

**Date of Sentence:** April 30, 2021

**Date Supervised Release Commenced:** March 8, 2022

**Prior Violation History:** Yes.  See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**To Remit:**
You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

**To Add:**
Submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**CAUSE**

During a review of Mr. Perales-Trujillo's case, the probation officer noted his Judgement and Commitment Order included an outdated wording of the search condition. The standard search condition has since been updated to include a search of the supervisee's papers, computers, and other electronic communications or data storge devices or media. The updated search condition, which was adopted by the Judicial Conference and is outlined in the Guide to Judiciary Policy, will allow the probation officer to better monitor and supervise Mr. Perales-Trujillo in the community.

Mr. Perales-Trujillo was informed the undersigned would seek to modify his conditions of supervision to update his search condition. He subsequently agreed to the proposed modification of his search condition and signed a Waiver of Hearing form, which is attached for the Court's review. Therefore, it is respectfully recommended the conditions of supervision be modified as specified above.

Respectfully submitted:

by: _____

Lorena Gonzalez
Supervisory U.S. Probation Officer
(760) 339-4215
Attachments:

---

**THE COURT ORDERS:**

✔     THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____     OTHER _____

_____

_____          2/13/2024
The Honorable Ruth Bermudez Montenegro          Date
U.S. District Judge